UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN DEL TORO, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>CROWN LABORATORIES, INC.,<br><br>   Defendant. | Case No. 24-cv-03996-TLT<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 28 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward Chen for consideration of whether the case is related to Garcia et al. v. Crown Labs., Inc., No. 3:24-cv-01448-EMC and Flores et al. v. Crown Labs, Inc., No. 3:24-cv-03591-EMC.

**IT IS SO ORDERED.**

Dated: July 15, 2024

TRINA L. THOMPSON
United States District Judge